# United States District Court

## NORTHERN DISTRICT OF OHIO

1:19-cv-01890

WARRANT OF ARREST *IN REM*

TO: THE CUSTOMS AND BORDER PROTECTION, AND/OR ANY OTHER DULY AUTHORIZED LAW ENFORCEMENT OFFICER:

WHEREAS, on __08/21/19__ a __Complaint in Forfeiture__ was filed in this Court by Justin E. Herdman, United States Attorney for this District, on behalf of the United States, against:

$33,000.00 in U.S. Currency (CATS ID: 19-CBP-000299)

and WHEREAS, the defendant properties are currently in the possession, custody or control of the United States; and,

WHEREAS, Rule G(3)(b)(i) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions directs the Clerk of the Court to issue a warrant of arrest *in rem* for the arrest of the defendant properties; and,

WHEREAS, Rule G(3)(c) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions provides that the warrant of arrest *in rem* must be delivered to a person or organization authorized to execute it;

YOU ARE COMMANDED to arrest the defendant properties by serving a copy of this warrant on the custodian in whose possession, custody or control the properties are presently found, and to use whatever means may be appropriate to protect and maintain it in your custody until further order of this Court.

YOU ARE FURTHER COMMANDED to file the same in this Court with your return thereon.

| WITNESS THE HONORABLE | UNITED STATES DISTRICT JUDGE AT |
|---|---|
| **DATE** 8/21/2019 | **CLERK** Sandy Opacich <br> (BY) DEPUTY CLERK <br> Angela Yesiolowski |

Returnable __-60-__ days after issue.

CBP

| DISTRICT | DATE RECEIVED | DATE EXECUTED |
|---|---|---|
| PRINTED NAME | SIGNATURE | |